United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30375
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                   Plaintiff-Appellee,

versus

SEALED JUVENILE 1,

                                   Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:04-CR-11-N-2
---------------------

Before SMITH, GARZA and PRADO, Circuit Judges.

PER CURIAM:*

     Before the court is an interlocutory appeal of an order by

the district court transferring appellant, a juvenile male, for

prosecution as an adult under 18 U.S.C. § 5032.  Appellant argues

that the district court abused its discretion in granting the

Government's motion to transfer proceedings against the juvenile

to an adult criminal prosecution.  We have reviewed the record

and briefs of counsel and find no abuse of discretion.  United

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

States v. Juvenile No. 1, 118 F.3d 298, 307 (5th Cir. 1997).

Accordingly, we AFFIRM the district court's order of transfer.

AFFIRMED.